

1  SHAWN N. ANDERSON
   United States Attorney
2  LAURA C. SAMBATARO
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam  96910
   PHONE:  (671) 472-7332
5  FAX:  (671) 472-7215
   Attorneys for the United States of America
6

FILED

DISTRICT COURT OF GUAM

OCT 14 2020

JEANNE G. QUINATA
CLERK OF COURT

ORIGINAL

7       IN THE UNITED STATES DISTRICT COURT
           FOR THE TERRITORY OF GUAM

8  UNITED STATES OF AMERICA,           CRIMINAL CASE NO.  20 - 00112

9              Plaintiff,

                                        **APPLICATION TO SEAL CASE AND**
10        vs.                           **ALL PROCEEDINGS**

11 TAO LIU,
   a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a    *[FILED UNDER SEAL]*
12 "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao
   Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong
13 Liu,"

14            Defendant.

15        COMES NOW, the United States of America, by and through the undersigned counsel,

16 and hereby moves this Honorable Court for an Order sealing this case and all proceedings for the

17 reason that the investigation is still ongoing, and that the investigation may be hindered by

18 making case and the proceedings available for public scrutiny.  The United States moves to file

19 this application under seal, and that it remains under seal until further order by the Court.

20        RESPECTFULLY SUBMITTED this ____ day of October, 2020.

21                                        SHAWN N. ANDERSON
                                         United States Attorney
22                                        Districts of Guam and the NMI

23                                        By: _____
                                            LAURA C. SAMBATARO
24                                          Assistant U.S. Attorney

                          - 1 -