SHAWN ANDERSON
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00112 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| TAO LIU, a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu," | Granting United States' Application to Seal Case and All Proceedings |
| Defendant. | |

Upon motion of the United States, the court finds that the sealing of this case serves a compelling government interest, in the absence of closure, there is a substantial probability this compelling interest would be harmed, and there are no alternatives to sealing that would adequately protect the compelling interest. Accordingly, the court GRANTS the Application to Seal Case and All Proceedings.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
   U.S. Magistrate Judge
**Dated: Oct 14, 2020**