# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-20-00112          DATE: October 15, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Hearing Times: 11:31 - 11:39

**APPEARANCES:**

Defendant: Tao Liu      Attorney: Leilani Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Laura C. Sambataro      U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter: Chung Harrell      Language: Mandarin

**PROCEEDINGS: Initial Appearance re Petition for Writ of Removal**
- Financial Affidavit reviewed and accepted: Leilani Lujan, Assistant Federal Public Defender appointed to represent the defendant.
- Defendant advised of his rights and charges.
- Identity Hearing waived.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service to be transported to the Eastern District of Virginia.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: