SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00112 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF RULE 5(c)(3)(D) RIGHTS |
| TAO LIU, a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu," | |
| Defendant. | |

I, **TAO LIU** a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu, have appeared before the United States District Court of Guam. I have also consulted with counsel.

Having been advised by the Court and having consulted with counsel, I hereby knowingly and voluntarily: (1) waive advisement on Rule 20 of the Federal Rules of Criminal Procedure; (2) waive an identity hearing; and (3) consent to the issuance of an order transferring me to Eastern District of Virginia.

//
//

WAIVER OF RULE 5(c)(3)(D) RIGHTS- 1

DATED: 10.15.2020

_____
TAO LIU a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu"
Defendant

DATED: 10/15/20

_____
LEILANI LUJAN
Assistant Federal Public Defender
Attorney for Defendant

**TRANSLATOR CERTIFICATION**: I, Chung L. Harrell, hereby certify that I am proficient in both the English language and in a language that Defendant speaks and understands. I further certify that I have translated each part of this Waiver for Defendant, and that Defendant has indicated to me that he understands each part of this Waiver.

DATED: 10/15/2020

_____
CHUNG HARRELL
Translator for Defendant

**APPROVED AS TO FORM:**

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney

WAIVER OF RULE 5(c)(3)(D) RIGHTS- 2