# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAO LIU aka "Xiong Liu" aka "Ming Lu"<br>aka "Anthony Liu" aka "Lucas Liu"<br>aka "Tao Jason Liu" aka "Antony Lee"<br>aka "Zhong Liu,"<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 20-00112<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED THAT the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant, *nunc pro tunc* to October 14, 2020.



**/s/ Michael J. Bordallo**
　**U.S. Magistrate Judge**
**Dated: Oct 15, 2020**