# ORIGINAL

SHAWN N. ANDERSON
United States Attorney
LAURA SAMBATARO
Assistant United States Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

OCT 15 2020

JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAO LIU,<br>a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a<br>"Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao<br>Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong<br>Liu,"<br><br>Defendant. | MAGISTRATE CASE NO. 20-00112<br><br>**STIPULATION OF PARTIES RE:**<br>**ORDER OF REMOVAL** |

COMES NOW the United States of America and defendant, by and through his Counsel

Leilani Lujan, and jointly stipulate to the following:

1) The Order of Removal to the Eastern District of Virginia may contain the following
   language: The U.S. Marshal's Office for the District of Guam is authorized to transfer
   custody of the Defendant to agents of the Drug Enforcement Administration for purposes
   of transport from the District of Guam to the Eastern District of Virginia. Upon arrival in
   the Eastern District of Virginia, the Drug Enforcement Administration will transfer
   custody to the U.S. Marshal for the Eastern District of Virginia.

RESPECTFULLY SUBMITTED this 15th day of October, 2020.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the CNMI

1

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney


By: _____
LEILANI LUJAN
Attorney for Defendant
Tao Liu

2