SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00112 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF REMOVAL** |
| TAO LIU, a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu," | |
| Defendant. | |

TAO LIU a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu" having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, TAO LIU a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu" is committed to the custody of the U.S. Marshals Service for the District of Guam for removal to the Eastern District of Virginia.

At the conclusion of the court proceeding, the parties filed a Stipulation requesting that the court authorize the U.S. Marshal for the District of Guam to transfer custody of the Defendant to agents of the Drug Enforcement Administration ("DEA") for purposes of transporting the Defendant from this district to the Eastern District of Virginia, and upon arrival

in the Eastern District of Virginia, the DEA agents will transfer custody to the U.S. Marshal for the Eastern District of Virginia.

Pursuant to the Stipulation of the parties, the U.S. Marshal for the District of Guam may authorize DEA agents to transport the Defendant from this district to the Eastern District of Virginia, where DEA agents shall thereafter deliver the Defendant to the U.S. Marshal for the Eastern District of Virginia or to some other officer authorized to receive him.

IT IS SO ORDERED.



**/s/ Michael J. Bordallo**
   **U.S. Magistrate Judge**
**Dated: Oct 15, 2020**