SHAWN ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215
Attorneys for the United States of America



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00112 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' APPLICATION TO UNSEAL THE CASE AND ALL PROCEEDINGS** |
| TAO LIU, a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu," | |
| Defendant. | |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order unsealing the above-entitled case and all related proceedings in the interest of justice. There are no further reasons to keep the case sealed.

RESPECTFULLY SUBMITTED this 20th day of October, 2020.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: /s/ Laura C. Sambataro
LAURA C. SAMBATARO
Assistant U.S. Attorney

U.S. Application to
Unseal the Case and All Proceedings- 1