SHAWN ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 479-4146
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00112 |
| Plaintiff, | |
| vs. | **ORDER** <br> Granting Application to Unseal Case <br> and All Proceedings |
| TAO LIU, <br> a/k/a "Xiong Liu," a/k/a "Ming Lu," a/k/a "Antony Liu," a/k/a "Lucas Liu," a/k/a "Tao Jason Liu," a/k/a "Antony Lee," a/k/a "Zhong Liu," | |
| Defendant. | |

Based on the United States' Application to Unseal the Case and All Proceedings and for good cause shown, the court hereby grants the motion and orders that the case be unsealed.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Oct 20, 2020